UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR- |
| | : | **1:20CR-085** |
| Plaintiff, | : | JUDGE |
| | : | INDICTMENT **J. BLACK** |
| | : | |
| v. | : | |
| | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. §§ 924(a)(2) and (c)(1) |
| MASON MEYER (1) | : | 21 U.S.C. § 841(a)(1) |
| KIRSTEN JOHNSON(2), | : | 21 U.S.C. § 841(b)(1)(B) |
| | : | |
| Defendants. | : | NOTICE OF FORFEITURE |

---

**THE GRAND JURY CHARGES THAT**:

## COUNT ONE

### (Possession with the intent to Distribute a Controlled Substance)

On or about August 7, 2020, within the Southern District of Ohio, and elsewhere, the defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, did knowingly and intentionally possess and attempt to possess with the intent distribute 50 or more grams of a mixture and substance containing a detectable amount methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), (b)(1)(C) and 18 U.S.C. § 2.**

## COUNT TWO

### (Possession of a Firearm in Furtherance of Offense)

On or about August 7, 2020, in the Southern District of Ohio and elsewhere, the defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, did knowingly possess firearms, those being: a Springfield Armory, model 1911-A1, .45 caliber handgun, bearing serial number NM342515 loaded with ammunition, a Ruger, model LC9S, 9mm handgun, bearing serial number 329-74778 loaded with ammunition, and a Mag Tactical Systems LLC, model MG-G4, multi-caliber rifle,

bearing serial number MTS304445 accompanied by a loaded magazine, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offenses charged in Count One of this Indictment and incorporated herein, possession with intent to distribute a controlled substance, in violation of Title 18, United States Code, Section 841(a)(1).

**In violation of 18 U.S.C. § 924(c)(1).**

## COUNT THREE
**(Possession by a Prohibited Person)**

On or about August 7, 2020, in the Southern District of Ohio and elsewhere, the defendant, **MASON MEYER**, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, those being: a Springfield Armory, model 1911-A1, .45 caliber handgun, bearing serial number NM342515 loaded with ammunition, a Ruger, model LC9S, 9mm handgun, bearing serial number 329-74778 loaded with ammunition, and a Mag Tactical Systems LLC, model MG-G4, multi-caliber rifle, bearing serial number MTS304445 accompanied by a loaded magazine and the firearms and ammunition were in and affecting interstate commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count One of this Indictment, the defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to:

- A loaded Ruger, model LC9S, 9mm handgun, bearing serial number 329-74778, with any attachments and ammunition;
- A loaded Springfield Armory, model 1911-A1, .45 caliber handgun, bearing serial number NM342515, with any attachments and ammunition; and
- A loaded Mag Tactical Systems LLC, model MG-G4, multi-caliber rifle, bearing

serial number MTS304445, with any attachments and ammunition.

## FORFEITURE ALLEGATION 2

Upon conviction of any of the offenses set forth in this Indictment, the defendants, **MASON MEYER** and **KIRSTEN JOHNSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense(s), including, but not limited to the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

**DAVID M. DeVILLERS**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY D. OAKLEY**
**JENNIFER K. WEINHOLD**
**ASSISTANT UNITED STATES ATTORNEYS**