# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff*, | : Case No. 1:20-cr-85 (1) |
| vs. | : Judge Jeffery P. Hopkins |
| MASON MEYER, | : |
| *Defendant.* | : |

## ORDER APPOINTING CO-COUNSEL

This matter came before the Court for a hearing on October 3, 2024. During that hearing, the Court **ORDERED** that the Defendant be appointed co-counsel. The Court finds that the appointment of co-counsel is necessary and in the interest of justice due to the difficulty and complexity of this case. *See Guidelines for the Admin. of the Criminal Justice Act*, vol. VII, § A, ch. 210.30.30 (2022). Accordingly, this Court **APPOINTS** Erik William Laursen as co-counsel for Defendant Mason Meyer.

**IT IS SO ORDERED.**

October 3, 2024

Jeffery P. Hopkins
United States District Judge