# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MASON MEYER,<br><br>*Defendant*. | :<br>:<br>:<br>: Case No. 1:20-cv-00085-1<br>:<br>: Judge Jeffery P. Hopkins<br>:<br>:<br>: |

## ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL

This matter is before the Court on Attorney Erik Laursen's Motion to Withdraw as Co-Counsel (Doc. 506) (the "Motion"). Finding good cause exists, the Court hereby **GRANTS** the Motion and **TERMINATES** Attorney Erik Laursen as co-counsel in this case. Ty Foster will remain as Defendant Mason Meyer's counsel.

**IT IS SO ORDERED.**

Dated: March 31, 2025

Hon. Jeffery P. Hopkins
United States District Judge